| | |
|---|---|
| Stephen M. Doniger (SBN 179413) | Stefan Szpajda (SBN 282322) |
| stephen@donigerlawfirm.com | stefan@foliolaw.com |
| Benjamin F. Tookey (SBN 330508) | Cristofer Leffler (SBN 208129) |
| btookey@donigerlawfirm.com | cris.leffler@foliolaw.com |
| DONIGER / BURROUGHS | David Schumann (SBN 223936) |
| 603 Rose Avenue | david.schumann@foliolaw.com |
| Venice California 90291 | Alexandra Fellowes (SBN 261929) |
| Telephone: (310) 590-1820 | Alexandra.fellowes@foliolaw.com |
| | FOLIO LAW GROUP PLLC |
| | 1200 Westlake Ave. N., Ste. 809 |
| | Seattle, WA 98109 |
| | Telephone: (206) 880-1802 |
| | |
| | William H. Edmonson (SBN 243445) |
| | will@whelawfirm.com |
| | 9157 Sunset Blvd., Suite 213 |
| | West Hollywood, CA 90069 |
| | Telephone: (424) 248-9581 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER STROSS, | Case No. 2:23-cv-00211-WLH-PD |
| Plaintiff, | <u>Hon. Wesley L. Hsu Presiding</u> |
| v. | **NOTICE OF SETTLEMENT** |
| HOUZZ INC., et al., | |
| Defendant | |

    To the Honorable Court, all parties, and their counsel of record,

    PLEASE TAKE NOTICE that Plaintiff Alexander Stross, and Defendant Houzz Inc. (collectively, the "Parties") have reached a settlement of all claims and counterclaims in this action and are in the process of finalizing the documentation

of that settlement. They therefore respectfully request that the Court suspend all current dates in this case, place the case on inactive status, and set an Order to Show Cause re Dismissal in 45 days.

Dated: September 7, 2023   By:   /s/ *Stephen M. Doniger*
Stephen M. Doniger, Esq.
Benjamin F. Tookey, Esq.
Attorneys for Plaintiff

Dated: September 7, 2023   By:   /s/
Stefan Szpajda, Esq.
Cristofer Leffler, Esq.
David Schumann, Esq.
Alexandra Fellowes, Esq.
William H. Edmonson, Esq.
Attorneys for Defendant

Pursuant to Civil L.R. 5-4, the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28