Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER/BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Stefan Szpajda (SBN 282322)
stefan@foliolaw.com
Cristofer Leffler (SBN 208129)
cris.leffler@foliolaw.com
David Schumann (SBN 223936)
david.schumann@foliolaw.com
FOLIO LAW GROUP PLLC
1200 Westlake Ave. N., Ste. 809
Seattle, WA 98109
Telephone: (206) 880-1802

William H. Edmonson (SBN 243445)
will@whelawfirm.com
9157 Sunset Blvd., Suite 213
West Hollywood, CA 90069
Telephone: (424) 248-9581

*Attorneys for Plaintiff*                    *Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER STROSS,<br><br>Plaintiff,<br><br>v.<br><br>HOUZZ INC., et al.,<br><br>Defendants. | Case No. 2:23-cv-00211-WLH-PD<br><u>Hon. Wesley L. Hsu Presiding</u><br><br>**JOINT STIPULATION TO DISMISS ACTION** |

1  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Plaintiff Alexander Stross, and Defendant Houzz Inc., hereby stipulate to the dismissal of this action, Stross' asserted claims against Houzz, and Houzz's asserted counterclaim against Stross, with prejudice pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

SO STIPULATED.

Respectfully submitted,

Dated: October 25, 2023       By:   /s/ Stephen M. Doniger
                                    Stephen M. Doniger, Esq.
                                    Benjamin F. Tookey, Esq.
                                    *Attorneys for Plaintiff*

Dated: October 25, 2023       By:   /s/ Stefan Szpajda
                                    Stefan Szpajda, Esq.
                                    Cristofer Leffler, Esq.
                                    David Schumann, Esq.
                                    Alexandra Fellowes, Esq.
                                    William H. Edmonson, Esq.
                                    *Attorneys for Defendant*

Pursuant to Civil L.R. 5-4, the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.